McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
MAR 13 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF CRIMINAL COMPLAINT RE: RAFAEL SANCHEZ. | CASE NO. 1:18 MJ 00045 EPG<br><br>ORDER SEALING AFFIDAVIT ON COMPLAINT AND RELATED FILINGS<br><br>**Filed Under Seal** |

The United States of America having applied to this Court for an Order sealing the complaint, application, warrant and affidavit in the above-entitled proceedings, and good cause appearing therefor,

IT IS HEREBY ORDERED that the complaint, application, warrant and affidavit in the above-entitled proceeding shall be sealed and shall not be disclosed pending further order of this court.

DATED: 3-9-18

_____
HONORABLE JONATHAN B. CONKLIN
Superior Court Judge Fresno County, California