
FILED
APR 09 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL SANCHEZ, JR., JUAN DANIEL GONZALEZ-VAZQUEZ, VICTOR LUNA, VERONICA RAMIREZ, ALEXIS SANCHEZ, ASHLEY M. SANCHEZ, and ELVIA SANCHEZ,<br><br>Defendants. | **ORDER UNSEALING INDICTMENT**<br><br>CASE NO. 1:18-CR-00073-LJO-SKO |

IT IS HEREBY ORDERED that the above-captioned case and indictment is unsealed.

DATED: April 9, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Order to Unseal                                    1