McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>RAFAEL SANCHEZ, JR.,<br><br>           Defendant. | CASE NO. 1:18-CR-0073 LJO-SKO<br><br>MOTION AND ORDER FOR STAY OF RELEASE ORDER<br><br>DATE: TBD<br>TIME: TBD<br>COURT: HON. LAWRENCE J. O'NEILL |

The United States of America, by and through McGregor W. Scott, Acting United States Attorney, and Christopher D. Baker, Assistant United States Attorney, requests this Court stay the Magistrate Judge's release order concerning defendant Rafael Sanchez, Jr., pursuant to 18 U.S.C. § 3145.

**MOTION FOR STAY**

On April 5, 2018, a grand jury returned an indictment charging the defendant with (1) 18 U.S.C. §§ 371, 922(a)(1)(A) - Conspiracy To Traffic in Firearms by an Unlicensed Person; (2) 18 U.S.C. §§ 922(a)(3) & 2 - Illegal Transportation or Receipt in State of Residency of Firearm Purchased or Acquired Outside of State of Residency & Aiding and Abetting (three counts); and (3) 18 U.S.C. § 922(g)(1) – Prohibited Person in Possession of a Firearm (three counts).

On June 13, 2018, defendant made an initial appearance in the U.S. District Court for the Southern District of California (*see* Exhibit A, attached hereto). On June 15, 2018, defendant appeared

MOTION AND ORDER TO STAY RELEASE ORDER

1

for a detention hearing and was ordered released on a secured $35,000 bond (*see* Exhibit B, attached hereto). That order was stayed by the Magistrate Judge until close-of-business on June 18, 2018 (*see* Exhibit A).

The government moves this Court to stay the order of the Magistrate Judge until this Court can review the release order and make its own ruling.  The government intends to file papers in support of a motion to appeal the release order in this Court no later than June 20, 2018, at 5:00 pm.  At the time the government files its appeal, the government may seek a further stay of the release order until this Court can consider and rule on the government's motion.

Dated:  June 18, 2018

    McGREGOR W. SCOTT
    United States Attorney

By:
    /s/ CHRISTOPHER D. BAKER
    CHRISTOPHER D. BAKER
    Assistant United States Attorney

ORDER

After consideration of the Government's Motion for Stay of the Magistrate Judge's Release Order,

IT IS HEREBY ORDERED that the order of release as to defendant Rafael Sanchez, Jr., is hereby stayed until further order of the Court.  The Government should forthwith seek an order of transport of the Defendant to this court for a full hearing on the stay and detention.

IT IS SO ORDERED.

Dated:  __**June 18, 2018**__                    /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE

# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B