1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

| UNITED STATES OF AMERICA, | 1:18-cr-00073-LJO-SKO |
|---|---|
| Plaintiff, | SCHEDULING ORDER |
| v. | |
| RAFAEL SANCHEZ, JR., et al., | |
| Defendants. | |

18

19

20

21

22

23

24

25

 On August 6. 2018, the Court held a long-term scheduling conference in the above-captioned case as to Defendants Rafael Sanchez, Jr., Victor Luna, Alexis Sanchez, Veronica Ramirez, Elvia Sanchez, Ashley Marie Sanchez, and Juan Daniel Gonzalez Mejia. Defense counsel Erin Snider, Reed Grantham, Emily DeLeon, Nicholas Capozzi, Harry Drandell, Galatea DeLapp, John Meyer, and Jeffrey Hammerschmidt appeared on behalf of their respective clients. Christopher Baker appeared on behalf of the Government.

 The Court made a determination that this case is a complex case within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), and that time is to be excluded under the Speedy Trial Act, as good cause exists and

1

the ends of justice outweigh the interest of the defendants and the public in a speedy trial. *See Bloate v. United States*, 559 U.S. 196, 210 (2010). Pursuant to discussions with counsel at the scheduling conference, the Court **ORDERS** that this case proceed as follows:

1. **Discovery**

The parties shall provide *all* discovery by no later than **March 1, 2019**. The parties shall appear before Magistrate Judge Shelia K. Oberto for a conference regarding the status of discovery on **Monday, November 5, 2018 at 1:00 pm** in Courtroom 7.

2. **Plea Offers**

The Government will make plea offers for all defendants in this case by **April 1, 2019**. Absent good reason to extend, defendants must respond to the plea agreements by **May 24, 2019**.

3. **Motions**

All motions must be filed on or before **June 24, 2019**. Oppositions must be filed on or before **July 24, 2019**. Replies must be filed on or before **August 2, 2019**. Discovery-related motions are to be filed before Magistrate Judge Sheila K. Oberto.

4. **Motions Hearing**

A hearing on any non-discovery motions filed pursuant to the above provision is set for **Monday, August 12, 2019** at **1:30 pm** in Courtroom 4 before Chief Judge Lawrence J. O'Neill.

5. **Trial Confirmation Hearing**

A trial confirmation hearing is set for **Tuesday, October 15, 2019 at 11:00 am** in Courtroom 4 before Chief Judge Lawrence J. O'Neill.

6. **Trial Date**

The trial is set to begin on **Tuesday, November 5, 2019** at **8:30 am** in Courtroom 4 before Chief Judge Lawrence J. O'Neill. This date, due to the enormous task of obtaining non-conflicting dates from all counsel, coupled with how much time all parties are being given to get the discovery and trial preparation completed, will NOT BE CHANGED. Any conflict that arises for the now-set trial date in this case will be a conflict in the OTHER case (State or Federal), and not this case. This includes the understanding that counsel are to advise any other judge from any other court as soon as a possible conflict arises of the specific special setting of this case. If there is push back from the other court,

1  counsel are required to notify this Court of the problem immediately, and this Court will make

2  appropriate court-to-court contacts.  Counsel need not to agree to the setting of any case that has a start

3  date before this November 5, 2019 trial date that has the potential of interfering with the start of this

4  trial.

5  IT IS SO ORDERED.

6      Dated:    **August 21, 2018**               **/s/ Lawrence J. O'Neill**
7                                          UNITED STATES CHIEF DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25