HEATHER E. WILLIAMS, CA #122664
Federal Defender
REED GRANTHAM, CA #294171
ERIN SNIDER, CA #304781
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RAFAEL SANCHEZ, JR.

FILED

AUG 23 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00073-LJO-SKO-1 |
| Plaintiff, | |
| vs. | ORDER FOR RECONVEYANCE OF REAL PROPERTY |
| RAFAEL SANCHEZ, JR., | |
| Defendant. | |

IT IS HEREBY ORDERED that the Deed of Trust with Assignment of Rents filed on August 17, 2018, with the Kings County Recorder's Office as Document #1813589, be exonerated and that title to the real property associated with Assessor's Parcel Number 008-680-058 be reconveyed to the rightful property owner(s).

Date: August 23, 2018

_____
LAWRENCE J. O'NEILL
Chief United States District Court Judge