HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RAFAEL SANCHEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAFAEL SANCHEZ, JR.,<br><br>Defendant. | Case No. 1:18-cr-00073-LJO-SKO<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON**<br><br>Hon. Sheila K. Oberto |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Rafael Sanchez, Jr., having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any appearance and all proceedings in this matter. Mr. Sanchez agrees that his interests shall be represented at all times by the presence of his attorneys from the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Sanchez were personally present. This Court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 26, 2018         */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               RAFAEL SANCHEZ, JR.

   I consent to the above.

Dated: October 26, 2018        *Original signature on file*
                               RAFAEL SANCHEZ, JR.
                               Defendant

**O R D E R**

GOOD CAUSE APPEARING, the Court grants the Defendant's request for waiver of his personal appearance for all proceedings consistent with the provisions of Federal Rule of Criminal Procedure 43(b)(2).

IT IS SO ORDERED.

Dated: **October 30, 2018**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

Sanchez: Rule 43 Waiver