HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAFAEL SANCHEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00073-LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING;  ORDER** |
| vs. | Date:   January 27, 2020 |
| RAFAEL SANCHEZ, JR., | Time:  8:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED, by and between the parties, through their respective

counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant

Federal Defender Reed Grantham, counsel for defendant Rafael Sanchez, Jr., that the sentencing

hearing currently scheduled for January 6, 2020, at 8:30 a.m. may be continued to January 27,

2020, at 8:30 a.m.

On November 22, 2019, Probation filed its initial Presentence Investigation Report

("PSR") pertaining to Mr. Sanchez. *See* Dkt. #201. In light of the information and

recommendation contained in the PSR, the defense is requesting additional time to investigate

information contained in the report that is relevant for sentencing purposes. Additionally,

undersigned counsel has a pre-planned trip scheduled for the two weeks immediately preceding

the current January 6, 2020 sentencing hearing. The government does not oppose this request.

1    The January 27, 2020 date is a mutually agreeable date for both parties. As this is a sentencing

2    hearing, no exclusion of time is necessary.

3

4                                                Respectfully submitted,

5                                                McGREGOR W. SCOTT
                                                 United States Attorney
6

7    Date: December 5, 2019              */s/ Thomas Newman*
                                                 THOMAS NEWMAN
8                                                Assistant United States Attorney
                                                 Attorney for Plaintiff
9

10                                               HEATHER E. WILLIAMS
                                                 Federal Defender
11

12   Date: December 5, 2019              */s/ Reed Grantham*
                                                 REED GRANTHAM
13                                               Assistant Federal Defender
                                                 Attorney for Defendant
14                                               RAFAEL SANCHEZ, JR.

15

16

17                              **O R D E R**

18        GOOD CAUSE APPEARING, the sentencing hearing set for Monday, January 6, 2020,

19   at 8:30 a.m. is continued to Monday, January 27, 2020, at 8:30 a.m.

20

21   IT IS SO ORDERED.

22   Dated:   **December 5, 2019**          **/s/ Lawrence J. O'Neill**
23                                               UNITED STATES CHIEF DISTRICT JUDGE

24

25

26

27

28

Sanchez, Jr. – Stipulation
and Proposed Order