| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | RAFAEL SANCHEZ, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00073-LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | Date: January 27, 2020 |
| RAFAEL SANCHEZ, JR., | Time: 8:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Rafael Sanchez, Jr., that the sentencing hearing currently scheduled for January 6, 2020, at 8:30 a.m. may be continued to January 27, 2020, at 8:30 a.m.

On November 22, 2019, Probation filed its initial Presentence Investigation Report ("PSR") pertaining to Mr. Sanchez. *See* Dkt. #201. In light of the information and recommendation contained in the PSR, the defense is requesting additional time to investigate information contained in the report that is relevant for sentencing purposes. Additionally, undersigned counsel has a pre-planned trip scheduled for the two weeks immediately preceding the current January 6, 2020 sentencing hearing. The government does not oppose this request.

The January 27, 2020 date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: December 5, 2019
*/s/ Thomas Newman*
THOMAS NEWMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 5, 2019
*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
RAFAEL SANCHEZ, JR.

**O R D E R**

GOOD CAUSE APPEARING, the sentencing hearing set for Monday, January 6, 2020, at 8:30 a.m. is continued to Monday, January 27, 2020, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **December 5, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Sanchez, Jr. – Stipulation
and Proposed Order

2