| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
|   | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
|   | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
RAFAEL SANCHEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00073-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | Date:  March 20, 2020 |
| RAFAEL SANCHEZ, JR., | Time:  8:30 a.m. |
|  | Judge: Hon. Dale A. Drozd |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Rafael Sanchez, Jr., that the sentencing hearing currently scheduled for January 27, 2020, at 8:30 a.m. may be continued to March 20, 2020, at 8:30 a.m.

Probation filed its initial Presentence Investigation Report ("PSR") pertaining to Mr. Sanchez on November 22, 2019. *See* Dkt. #201. In light of information contained in the draft PSR and because undersigned counsel was out of the office on a pre-planned vacation for the two and a half weeks immediately preceding and following the prior January 6, 2020 sentencing date, the parties continued this matter to January 27, 2020. At the time, undersigned counsel requested documents relevant for sentencing from the Bureau of Prisons and Kern County.

Mr. Sanchez provided his informal objections to Probation on December 30, 2019. *See* Dkt. #228-1 at 1-4.

On January 6, 2020, Probation filed its final PSR pertaining to Mr. Sanchez. *See* Dkt. #228. The final PSR notably contained substantial additional information pertaining to Mr. Sanchez's prior conviction. *See* Dkt. #228 at 19, ¶ 68; #228-2 at 2. Additionally, the final draft of the PSR declined to adopt a primary contention of Mr. Sanchez related to an allegation of his gang membership or affiliation. *See* Dkt. #228-1 at 2, #228-2 at 2, and #228 at 5, ¶ 8.

Mr. Sanchez has previously requested documents from the Bureau of Prisons and from Kern County that are relevant for sentencing and that would specifically relate to the allegations related to his prior conviction and to his purported gang membership/affiliation. However, such documents have not been received. The defense is requesting additional time to receive and obtain such information and to further investigate information contained in the report that is relevant for sentencing purposes. The government does not oppose this request. The March 20, 2020 date is a mutually agreeable date for both parties.

As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 13, 2019        */s/ Thomas Newman*
                              THOMAS NEWMAN
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender


Date: January 13, 2020        */s/ Reed Grantham*
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              RAFAEL SANCHEZ, JR.

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing set for Monday, January 27, 2020, at 8:30 a.m. be continued to Friday, March 20, 2020, at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **January 13, 2020**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

Sanchez, Jr. – Stipulation
and Proposed Order