1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RAFAEL SANCHEZ, JR.
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 1:18-cr-00073-NONE-SKO-1
12 |              Plaintiff,           | **STIPULATION TO CONTINUE SENTENCING; ORDER**
13 | vs.                               |
   |                                   | Date:  January 29, 2021
14 | RAFAEL SANCHEZ, JR.,              | Time:  8:30 a.m.
   |                                   | Judge: Hon. Dale A. Drozd
15 |              Defendant.           |
16
17

18        IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant

20 Federal Defender Reed Grantham, counsel for defendant Rafael Sanchez, Jr., that the sentencing

21 hearing currently scheduled for October 22, 2020, at 9:30 a.m. may be continued to January 29,

22 2021, at 8:30 a.m.

23        Defense counsel is in the process of gathering records relevant for sentencing purposes

24 and is requesting this continuance to provide additional time to obtain such records. The

25 requested continuance is made with the intention of conserving time and resources for both the

26 parties and the Court. The government is in agreement with this request and the requested date is

27 a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is

28 necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: October 15, 2020

*/s/ Thomas Newman*
THOMAS NEWMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 15, 2020

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
RAFAEL SANCHEZ, JR.

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing set for Thursday, October 22, 2020, at 9:30 a.m. be continued to Friday, January 29, 2021, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **October 15, 2020**

UNITED STATES DISTRICT JUDGE

Sanchez, Jr. – Stipulation
and Proposed Order

2