HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAFAEL SANCHEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAFAEL SANCHEZ, JR.,<br><br>Defendant. | Case No.  1:18-cr-00073-DAD-SKO<br><br>**APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF PROPERTY; ORDER** |
|---|---|

Defendant Rafael Sanchez, Jr., hereby moves this court under Fed. R. Crim. P. 46(g) for exoneration of the property bond and full reconveyance of the Deed of Trust currently on file with the Kings County Recorder as Deed #1813313 and original straight note.

On August 6, 2018, a bail review hearing was held in this matter. *See* Dkt. #113. At the hearing, Mr. Sanchez was ordered released from custody under the supervision of Pretrial Services on terms and conditions that included a full equity property bond of not less than $100,000. A secured bond was posted by Jaime Sanchez and Daisy Gonzalez follows:

| 08/29/2018 | 123 | COPY OF DEED OF TRUST #1813313 and Original Straight Note RECEIVED, posted by Jaime Sanchez and Daisy Gonzalez as to Rafael Sanchez, Jr. (Jessen, A) (Entered: 08/30/2018) |
|---|---|---|

On February 3, 2021, Mr. Sanchez was sentenced to 60 months on Count 1 and 87 months on Count 6, to be served concurrently, by United States District Court Judge Dale A. Drozd:

| 02/03/2021 | 272 | JUDGMENT and COMMITMENT signed by District Judge Dale A. Drozd on February 3, 2021 as to Rafael Sanchez, Jr.. (Munoz, I) (Entered: 02/03/2021) |
|---|---|---|

Mr. Sanchez surrendered to the U.S. Marshal's to begin his sentence on April 21, 2021.

Since no conditions of the bond remain to be satisfied, Mr. Sanchez requests that the court exonerate the bond and reconvey the subject property to pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Dated: August 13, 2021

Respectfully submitted
HEATHER E. WILLIAMS
Federal Defender

 */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
RAFAEL SANCHEZ, JR.

# **O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the property bond in the above-captioned case secured by the FULL EQUITY PROPERTY BOND OF NOT LESS THAN $100,000 Deed of Trust currently on file with the Kings County Recorder (#1813313) and original straight note in the above-captioned case and reconvey the real property to Jaime Sanchez and Daisy Gonzalez

IT IS SO ORDERED.

Dated: **August 13, 2021**

UNITED STATES MAGISTRATE JUDGE